27 March 2015     14.555.02

Court of Criminal Appeals
Troy C. Bennett, clerk
Supreme Court Bldg,
201 W 14th St. Room 106
Austin, Tx 78711

4th Court of Appeals
Criminal Justice Center
300 Dolorosa
San Anto., Tx 78205

County Court At Law. No 5
Bexar County Clerk office
100 Dolorosa ste. 104
San Antonio, Tx 78205

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS
2015 APR AM 11:58

RE: STATUS OF FOURTH
AMENDED APPLICATION for
Writ of Habeas Corpus
mailed for filing on (Sat.) 24 Jan 2015

Trial Court Case No. 307125

Robert Martinez
TDCJ ID No 1931397
Lopez State Jail
1203 El Cibolo Rd.
Edinburg, Tx 78542

V.g. First Class Mail

Greetings:

On (Sat.) Jan. 24, 2015, I placed in the
Bexar County Adult Detention Center (BCADC) internal
prison mailing system my Fourth Amended
Application for Writ of Habeas Corpus for

filing with your court. What I am requesting is the status of my ~~filed~~ mailed for filing Fourth Amended Application for Writ of Habeas Corpus dated (Sal) Jan. 24, 2015.

If possible please provide me with a file stamp marked Certified copy. Thank you, such is required for legal filing.

Intloc

UNSWORN DECLARATION By Inmate
I, Robert Martinez, TDCJ ID No. 1931397, being presently incarcerated in the Texas Dept. of Criminal Justice, Lopez State Jail. Hidalgo County Texas declare under penalty of perjury that the above and foregoing is true and correct to the best of my ability

Executed on this the 27 day of March 2015

Page 2

Robert Martinez
TDCJ ID No 1931377
Lopez State Jail
1203 EL Cibolo Rd.
Edinburg, TX 78542

Legal Mail
3-27-15

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS

2015 APR -2 AM 11:55

Keith E. Hottle
CLERK OF THE COURT

4th Court of Appeals
Criminal Justice Center
300 Dolorosa
San Antonio, Texas 78205

78205🞄3037

FOREVER
USA